JAMES FAGAN, JR., APPELLANT, v. BOARD OF FIRE COMMISSIONERS OF THE CITY OF NEWARK, RESPONDENT.

Submitted March 26, 1917—Decided June 18, 1917.

On appeal from the Supreme Court.

For the appellant, *Frank E. Bradner.*

For the respondent, *Harry Kalisch.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Kalisch in the Supreme Court, *eo nomine Durkin* v. *Fire Commissioners of Newark*, 89 *N. J. L.* 468.

*For affirmance*—THE CHANCELLOR, GARRISON, TRENCHARD, PARKER, BERGEN, BLACK, WHITE, HEPPENHEIMER, WILLIAMS, TAYLOR, GARDNER, JJ.   11.

*For reversal*—None.